PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
04/09/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: SW DEPUTY

U.S.A. VS. Ryan Thomas See　　　　　　　　　　　　　Docket No.: 2:15-CR-00593-RGK-1

**Petition on Probation and Supervised Release (Amendment)**

COMES NOW JEFFREY THOMASON, ACTING CHIEF PROBATION & PRETRIAL SERVICES OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Ryan Thomas See who was placed on supervision by the Honorable R. Gary Klausner sitting in the Court at Los Angeles, California, on the 8th day of August, 2016 who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s).

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

(SEE ATTACHED)

**PRAYING THAT THE COURT WILL ORDER** this amendment filed; and the petition dated November 13, 2020 dismissed.

ORDER OF COURT

Considered and ordered this 9th day of APR, 2021 and ordered filed and made a part of the records in the above case.

_/s/ Gary Klausner_
United States District Judge
HONORABLE R. GARY KLAUSNER

I declare under penalty of perjury that the foregoing and/or attached is true and correct to the best of my knowledge.

Executed on April 8, 2021

/S/ NICHOLAS CUELLAR
U. S. Probation & Pretrial Services Officer

Place: Santa Ana, California

U.S.A.   VS   Ryan Thomas See
Docket No    2:15-CR-00593-RGK-1

---

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS**:

It is alleged that the above-named supervisee has violated the terms and conditions to wit:

1. Having been ordered by the Court not to commit another Federal, state, or local crime, on or about May 17, 2020, Ryan Thomas See operated a vehicle under the influence of a controlled substance, in violation of California Vehicle Code Section 23152(f), a misdemeanor.

2. Having been ordered by the Court to refrain from any unlawful use of controlled substances, on or before October 16, 2020 Ryan Thomas See used methamphetamine, as evidenced by laboratory analysis of his urine sample and the offender's admission of use of that substance.

3. Having been ordered by the Court to refrain from any unlawful use of controlled substances, on or before October 21, 2020 Ryan Thomas See used methamphetamine, as evidenced by laboratory analysis of his urine sample and the offender's admission of use of that substance.

4. Having been ordered by the Court to submit to drug testing, not to exceed eight testes per month, Ryan Thomas See failed to report for drug testing at Detection Treatment Resources, Inc. (DTR) on October 24, 2020.

5. Having been ordered by the Court to refrain from any unlawful use of controlled substances, on or before November 4, 2020 Ryan Thomas See used methamphetamine, as evidenced by laboratory analysis of his urine sample and the offender's admission of use of that substance.

6. Having been ordered by the Court to submit to drug testing, not to exceed eight testes per month, Ryan Thomas See failed to report for drug testing at Detection Treatment Resources, Inc. (DTR) on November 7, 2020.

U.S.A.   VS   Ryan Thomas See
Docket No    2:15-CR-00593-RGK-1

---

7. Having been ordered by the Court to submit to drug testing, not to exceed eight testes per month, Ryan Thomas See failed to report for drug testing at Detection Treatment Resources, Inc. (DTR) on November 9, 2020.

8. Having been ordered by the Court to refrain from any unlawful use of controlled substances, on or before March 13, 2021 Ryan Thomas See used methamphetamine, as evidenced by laboratory analysis of his urine sample and the offender's admission of use of that substance.

9. Having been ordered by the Court to refrain from any unlawful use of controlled substances, on or before March 17, 2021 Ryan Thomas See used methamphetamine, as evidenced by laboratory analysis of his urine sample and the offender's admission of use of that substance.

10. Having been ordered by the Court to refrain from any unlawful use of controlled substances, on or before March 29, 2021 Ryan Thomas See used methamphetamine, as evidenced by laboratory analysis of his urine sample and the offender's admission of use of that substance.

11. Having been ordered by the Court to pay restitution in the amount of $4018, at the rate of 10 % of his gross income, but not less than $100 per month beginning March 22, 2019, Ryan Thomas See, has not made any payments towards the restitution amount since October 22, 2020.