FILED
CLERK, U.S. DISTRICT COURT

OCT 1 2 2021

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )   Case No. CR 15-00593-RGK
                                      )
12                  Plaintiff,        )   ORDER OF DETENTION AFTER
                                      )   HEARING [Fed. R. Crim. P. 32.1(a)(6);18
13                  v.                )   U.S.C. . § 3143(a)]
                                      )
14                                    )
     RYAN THOMAS SEE,                 )
15                                    )
                    Defendant.        )
16                                    )
                                      )
17

18        The defendant having been arrested in this District pursuant to a warrant issued by

19   the United States District Court for the Central District of California for alleged violations

20   of the terms and conditions of his supervised release; and

21        The Court having conducted a detention hearing pursuant to Federal Rule of

22   Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

23        The Court finds that:

24   A. ( X )  The defendant has not met his burden of establishing by clear and convincing

25            evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This

26            finding is based on:

27            *Instant allegations and violation history indicate lack of amenability to supervision.*

28            and

1    B.  ( X ) The defendant has not met his burden of establishing by clear and convincing

2          evidence that he is not likely to pose a danger to the safety of any other person or the

3          community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on:

4          *Instant allegations and violation history indicate lack of amenability to supervision.*

5          IT THEREFORE IS ORDERED that the defendant be detained pending further

6    revocation proceedings.

7

8    Dated:  ___10-12-2021___

9

10

11                                        DOUGLAS F. McCORMICK
                                          United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28